UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-11593-SDB |
| | ) | |
| CARL LINWOOD DEDNAM, SR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| U.S. BANK TRUST N.A., AS TRUSTEE | ) | |
| OF THE SCIG SERIES III TRUST, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| CARL LINWOOD DEDNAM, SR., and | ) | |
| HUON LE, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR RELIEF FROM STAY
AND FOR IN REM RELIEF**

COMES NOW, U.S. Bank Trust N.A., as Trustee of the SCIG Series III Trust, c/o BSI Financial Services, its servicing agent ("Movant"), and hereby shows this Court the following:

1.

Pursuant to 11 U.S.C. Section 362(d) and Fed. R. Bankr. P. 4001, Movant seeks an order that modifies the automatic stay, and that grants in rem relief, for purposes of allowing it to enforce its security interest in certain real property of the estate, commonly known as 2339 Moncrieff St., Augusta, GA 30906 ("Real Property"), in accordance with the terms of a certain security deed and with applicable non-bankruptcy law.

2.

Debtor filed the above-styled Chapter 13 on November 5, 2018, and said matter is pending before this Court.

3.

Movant holds a claim secured by the Real Property. True and correct copies of the subject loan documents are collectively attached hereto as Exhibit "A" and incorporated herein by reference ("Loan Documents").

4.

Debtor is post-petition delinquent as follows:

2 Payments Due: 12/01/2018 - 01/01/2019 @ $868.80 each = $1,737.60

Total: $1,737.60

5.

Movant is not adequately protected.

6.

Per Debtor's Schedule A, the value of the Real Property is approximately $88,742.00. As of December 23, 2018, the payoff on the subject loan was approximately $143,577.04, with an unpaid principal balance of $99,137.27.

7.

The Real Property is not necessary for an effective reorganization, and a viable reorganization is not in prospect.

8.

Debtor has demonstrated a clear inability to successfully reorganize, and this inability warrants the lifting of the automatic stay.

9.

The above-styled bankruptcy case is the **fourth** bankruptcy filed by Debtor involving the Real Property. The prior cases were as follows:

1) 15-10526-SDB, Chapter 13 filed on April 3, 2015, and *dismissed* on September 14, 2017 (failure to comply with court order);

2) 14-12264-SDB, pro se Chapter 13 filed on December 2, 2014, and voluntarily *dismissed* on December 30, 2014; and

3) 11-11162-SDB, Chapter 13 filed on June 7, 2011, and discharged on February 12, 2015.

10.

Debtor filed the current bankruptcy in bad faith and as a continuation of his attempts to hinder and delay Movant's efforts to obtain possession of the Real Property. Accordingly, Movant seeks ***in rem* relief** as to any future bankruptcies filed by Debtor and/or any third parties for a period of two years pursuant to 11 U.S.C. Section 362(d)(4) such that the automatic stay shall not apply to the Real Property during this two year period..

11.

Movant has incurred $850.00 in attorney's fees and $181.00 costs in bringing this Motion and is entitled to reimbursement for same pursuant to the Loan Documents.

WHEREFORE, Movant prays that this Court, after notice and a hearing:

> a) Waive the stay set forth in FBR 4001(a)(3);
> b) Terminate and modify the automatic stay to permit Movant to enforce its security interest in the Real Property in accordance with the terms of the subject security deed and applicable non-bankruptcy law, including, but not limited to, conducting a foreclosure sale, seeking confirmation thereof in order to pursue any deficiency, and seeking possession of the Real Property pursuant to the laws of the State of Georgia.  However, Movant and/or its successors and assigns may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement.  Movant may contact the Debtor via telephone or written correspondence to offer any such agreement;
> c) Grant ***in rem* relief** regarding the Real Property via an order that shall be binding in any other case filed by the Debtor and/or any other party purporting to affect the Real Property, for a period of two years pursuant to 11 U.S.C. Section 362(d)(4) such that the automatic stay and co-debtor shall not apply to the Real Property during this two year period;

      d) Award $850.00 for the attorney's fees and $181.00 costs incurred by Movant in bringing the Motion; and

      e) Grant such other and further relief as this Court deems just, necessary, and proper.

This 10th day of January, 2019.

                                        Prepared By:
                                        Attorney for Movant

                                        /s/ Marc E. Ripps
                                        Marc E. Ripps
                                        Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-11593-SDB |
| | ) | |
| CARL LINWOOD DEDNAM, SR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| U.S. BANK TRUST N.A., AS TRUSTEE | ) | |
| OF THE SCIG SERIES III TRUST, | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| CARL LINWOOD DEDNAM, SR., and | ) | |
| HUON LE, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

    This is to certify that I served the parties listed below with a copy of the Motion for Relief from Stay and for In Rem Relief, of the Notice of Hearing on Motion for Relief from Stay, and of the Proposed Order on Motion for Relief from Stay by, **unless otherwise noted**, depositing a true and correct copy of each with the United States Postal Service with sufficient postage affixed thereto to insure first class delivery:

Huon Lee, Esq.
Chapter 13 Trustee
Via Electronic Notice

Angela Williams Seymour, Esq.
Attorney for Debtor
Via Electronic Notice

Carl Linwood Dednam, Sr.
2339 Moncrieff St.
Augusta, GA 30906

This ___th day of January, 2019.

                                      /s/ Marc E. Ripps
                                      Marc E. Ripps
                                      Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA 30010-3533
(770) 448-5377
Email: meratl@aol.com