IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| In the Matter of:           ) | Chapter 13 |
| Carl L Dednam, Sr          ) | Case No: 18-11593-SDB |
| 2339 Moncrieff St          ) | |
| Augusta, GA 30906          ) | |
|                            ) | |
| Debtor | |

**TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM
AUTOMATIC STAY AND FOR IN REM RELIEF OF
U.S. BANK TRUST N.A.**

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and files this response to the Motion for Relief from Automatic Stay and for In Rem Relief of U.S. Bank Trust N.A.:

1. Trustee's records reflect that U.S. Bank Trust N.A., as Trustee of the SCIG Series III Trust ("U.S. Bank"), is being paid according to Debtor's confirmed Plan.  An Order Confirming Plan (ECF No. 24) was entered on February 8, 2019.  The Plan provides that post-petition mortgage payments to U.S. Bank will be disbursed by the Trustee beginning February 1, 2019.  Further, payments on the prepetition mortgage arrearage will be disbursed by the Trustee.  The Plan provides that payment that become due after the filing of the petition but before the month of the first payment designated to be paid by the Trustee will be added to the prepetition arrearage claim.

2. According to U.S. Bank's Proof of Claim No. 3, monthly mortgage payments are $942.54.  Trustee disbursed $942.54 to U.S. Bank on February 1, 2019.

3. The confirmed Plan is binding on U.S. Bank and Trustee contends U.S. Bank has received all payments due to it under the Plan.

4. U.S. Bank is not entitled to relief from stay or costs associated with the motion.

WHEREFORE, the Trustee respectfully prays that she be heard at the hearing on Motion for Relief from Stay and for In Rem Relief of U.S. Bank Trust N.A.

This 20th day of February 2019.

/s/ Jane Miller
Jane Miller, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 256304

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that copies of this Response have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor(s) and the parties whose name appears below, on the 20th day of February 2019.

Seymour & Associates, Attorney At Law, 101 B Rossmore Pl, Augusta, GA 30909

Marc E. Ripps, Attorney At Law, P O Box 923533, Norcross, GA  30010-3533

               /s/ Yvonne Ogbuefi
               Office of the Chapter 13 Trustee
               Post Office Box 2127
               Augusta, Georgia 30903