**IT IS ORDERED as set forth below:**



**Date: August 12, 2019**

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

---

# United States Bankruptcy Court
## Southern District of Georgia

In re:
Carl Linwood Dednam, Sr.

Case No.: 18-11593

Judge: Susan D Barrett

Chapter: 13

Debtor(s)

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above Motion having been considered, the same is hereby:

☐ Granted and the case is dismissed;

　☐ With prejudice against refiling for 180 days;
　☐ Unless Debtor converts to Chapter 7 within 14 days, $25 conversion fee is due upon filing Notice of conversion;

☐ Denied

33

Chapter 13 Case No: <u>18-11593</u>
Page 2

☐ Denied on the condition that Debtor(s):

☐ File a Modified Plan within fourteen (14) days.
☐ Raise payments to $ _____ per <u>Month</u> for the balance of the plan;
☐ Furnish Trustee with information sufficient to permit issuance of salary deduction order instanter.
☐ Pay $ _____ by _____ ;
☐ Pay $ _____ per _____ until _____ ;
☐ Makes all future payments to Trustee in a timely manner.

☒ Continued to the _10-31-19_ term of Court. **at 9am**

☒ With payments of $ _$2250_ in the interim. **(3 x $750)**

☒ Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for the hearing is field within 14 days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

**[END OF DOCUMENT]**

**Consented to by:**

Debtor: _XCal Y Delnam sr._

Debtor: _____

Debtor's Attorney: s/Guy H. Seymour, Jr. - GA Bar #636570
Guy H. Seymour, Jr. - GA Bar #636570

Chapter 13 Trustee/Attorney for: _Jane Miller_
Huon Le, Jane E Miller